Che L. Hashim, Esq. (SBN 238565)
861 Bryant Street
San Francisco, CA 94103
Tel: 415/487-1700
Fax: 415/431-1312
Email: che.hashim.esq@gmail.com

Attorney for Plaintiff
RAAD ZUHAIR RABIEH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAAD ZUHAIR RABIEH,<br><br>　　Plaintiff,<br><br>　　vs.<br><br><br>PARAGON SYSTEMS, INC, dba PARASYS, INC., DOES 1-20;<br><br>　　Defendants. | Case No. 5:16-cv-04256 EJD<br><br><br>REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERNECE<br><br>Date: June 22, 2017<br>Time: 11:00am<br>Hon. Edward J. Davila<br>Courtroom 4, San Jose |

　　Plaintiff's counsel Che L. Hashim, requests permission of the Court to appear by telephone, as a result of having horn his Achilles tendon and therefore being unable to drive to San Jose to be personally present for the status conference set for June 22, 2017 at 11:00am.

//
//
//
//
//

Dated: 6-21-2017

/s/ *Che L. Hashim*
Che L. Hashim
Attorney for
RAAD ZUHAIR RABIEH
861 Bryant Street
San Francisco, CA 94103
Tel: 415/487-1700
Fax: 415/431-1312
Email: che.hashim.esq@gmail.com

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | The Court, finding good cause therefore, hereby GRANTS the request of |
| 3 | Plaintiff's counsel, Che L. Hashim, to appear by telephone at the Case Management |
| 4 | Conference set for June 22, 2017 at 11:00am. Counsel shall be responsible for |
| 5 | contacting CourtCall to arrange for the telephonic appearance. |

Dated: June 21, 2017

_____
The HONORABLE ~~KANDIS A. WESTMORE~~
~~UNITED STATES MAGISTRATE JUDGE~~

Edward J. Davila, U.S. District Judge