**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing for the request made by the parties thereto, the Court hereby continues the Case Management Conference from its currently scheduled date, to September 21, 2017, at 11:00 a.m. in Courtroom 4, 5th Floor, San Jose, California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8/8/2017

**HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT**

**JUDGE**