Barry A. Bradley, Esq., State Bar No. 125353
  bbradley@bglawyers.com
Carol A. Humiston, Esq., State Bar No. 115592
  chumiston@bglawyers.com
BRADLEY & GMELICH LLP
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1202
Telephone: (818) 243-5200
Facsimile: (818) 243-5266

Attorneys for Defendant, PARAGON SYSTEMS, INC.



GRANTED
Judge Edward J. Davila
9/15/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

RAAD ZUHAIR RABIEH,

    Plaintiff,

vs.

PARAGON SYSTEMS, INC, dba PARASYS, INC., DOES 1-20,

    Defendants.

Case No. 16-cv-04256-EJD

**STATUS REPORT TO COURT AND REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**

Date: September 21, 2017
Time: 11:00 a.m.
Ctrm: Hon. Edward J. Davila

*(Assigned to the Hon. Edward J. Davila)*

Discovery Cutoff: None Set
Motion Cutoff: None Set
Trial Date: None Set

    Defendant hereby submits its Status Report and Request to Appear Telephonically at Status Conference.

    At the last Status Conference, the possibility of the Court holding a settlement conference with plaintiff was discussed. The Court suggested that counsel discuss the potential benefits of a settlement conference, and let the Court know if counsel believed the time spent would be efficacious. Defense and plaintiff's counsel spoke telephonically, and the conclusion was reached that there was little possibility of settlement between the parties, and a settlement conference would not be productive.

16-cv-04256-EJD

Defense counsel is informed by plaintiff's counsel more recently that the circumstances since the last Status Conference have not changed.

Defense counsel requests the opportunity to appear telephonically at the Status Conference in order to avoid the time and expense of appearing at the Status Conference since plaintiff still has not identified counsel to substitute for his current counsel, who has indicated his intent to withdraw.

Dated: September 14, 2017  BRADLEY & GMELICH LLP

By: _____
Barry A. Bradley
Carol A. Humiston

Attorneys for Defendant, PARAGON SYSTEMS, INC.