UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAAD ZUHAIR RABIEH,<br><br>Plaintiff,<br><br>v.<br><br>PARAGON SYSTEMS INC.,<br><br>Defendant. | Case No. 5:16-cv-04256-EJD<br><br>**ORDER REFERRING CASE TO SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE AND REFERRING CASE TO FEDERAL PRO BONO PROJECT** |

On September 21, 2017, this Court granted Plaintiff's Counsel Che Hashim's request to be relieved as counsel. Accordingly, the Court orders as follows:

1. This action is referred to Magistrate Judge Nathanael M. Cousins for a settlement conference to occur within 90 days. The parties shall contact Judge Cousins's Courtroom Deputy to arrange a date and time for the conference.

2. This action is referred to the Federal Pro Bono Project to locate counsel. When an attorney is located to represent Plaintiff, that attorney shall be appointed for the limited purpose of representing Plaintiff at the court-ordered settlement conference. Appointed counsel's representation shall cease upon completion of settlement conference proceedings.

**IT IS SO ORDERED.**

Dated: September 21, 2017

EDWARD J. DAVILA
United States District Judge