CHARLES H. JUNG (217909)
charles@njfirm.com
PIA KIM (298350)
pia@njfirm.com
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Plaintiff
RAAD ZUHAIR RABIEH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAAD ZUHAIR RABIEH,<br><br>Plaintiff,<br><br>v.<br><br>PARAGON SYSTEMS INC., dba PARASYS, INC., JOSEPH VEGAS, JOSE LEUTERIO, MARIO AYALA, KENNETH INMAN, DOES 1-20,<br><br>Defendants. | Case No. 5:16-cv-04256 EJD<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**Fed. R. Civ. P. 41(a)**<br><br>**SAC Filed:** April 9, 2018 |

Comes now Plaintiff Raad Rabieh, by and through his attorneys of record, and respectfully requests the Court to dismiss the above-referenced case without prejudice as to all parties and all causes of action.

Plaintiff's request to dismiss is made pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, which permits the Court to order that a case be dismissed without prejudice at the request of the plaintiff. This request is made following the Court's June 11, 2018 Order

**1**

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S ACTION**
**CASE NO.: 16-CV-04256 EJD**

Granting Defendants' Motion to Dismiss, Dkt. No 84, which granted Plaintiff leave to amend his Second Amended Complaint. Plaintiff has not done so.

In determining whether it would be proper to dismiss a claim without prejudice, a district court "enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2)." *Pontenberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001). In fact, "in most cases a dismissal [without prejudice] should be granted unless the defendant will suffer clear legal prejudice, *other than the mere prospect of a subsequent lawsuit*, as a result." *McCants v. Ford Motor Co., Inc.*, 781 F.2d 855, 856-57 (11th Cir. 1986) (emphasis in original). To determine if there would be legal prejudice, courts must ask whether "the defendant [would] lose any substantial right by the dismissal." *Pontenberg*, 252 F.3d at 1255 (quoting *Durham v. Florida E. Coast Ry. Co.*, 385 F.2d 366, 368 (5th Cir. 1967)). In this case, because Defendants will suffer no legal prejudice from the dismissal, the case should be dismissed.

In the alternative, if the Court finds that Plaintiff may dismiss this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure because no answer to Plaintiff's operative Second Amended Complaint and no motion for summary judgment has been filed in this case, Plaintiff hereby dismisses this action without prejudice pursuant to Rule 41(a)(1).

DATED: July 10, 2018

Respectfully submitted,

NASSIRI & JUNG LLP

By: /s/ Pia Kim

Pia Kim
Attorney for Plaintiff
RAAD ZUHAIR RABIEH

## [PROPOSED] ORDER

The above entitled case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Dated: _____                                    _____

                                                            Edward J. Davila

                                                            United States District Court Judge