| | | | COURT USE ONLY | | |
|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) |  | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | OBJECTION DEADLINE: 7/31/2018 OBJECTION FILED: YES X  No ☐ | | |
| 1. CASE NAME RAAD RABIEH V. PARAGON | 2. CASE NUMBER 16-CV-04256-EJD | 3. DATE JUDGMENT ENTERED 7/11/18 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Plaintiff, RAAD RABIEH | | |
| 5. NAME OF CLAIMING PARTY DEFENDANT, PARAGON SYSTEMS, INC. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") CAROL A. HUMISTON, ESQ. BRADLEY & GMELICH LLP | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE (818) 243-5200 chumiston@bglawyers.com | | |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:   (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $1,780.09 | Invoice 19514 – Jan Brown $215.00 Invoice 19500 – Jan Brown $468.00 Invoice 315607 – Magna Legal Service  Invoice 5764688-01-01 $104.95 ABI Invoice 5764686-02-01 $101.70 ABI Invoice 5779027-01-01 $ 71.25 ABI | | $1780.09 | Action Voluntarily Dismissed by Plaintiff – No Judgment Entered. |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $ 1,780.09 | | $ 0.00 | $ $1780.09 | |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

**10. AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party:**
**SIGNATURE:** [signature]   **DATE:** 7/16/2018

**11.** Costs are taxed in the amount of $0.00     and included in the judgment.
Susan Y. Soong
Clerk of Court
BY: [signature] , Deputy Clerk   **DATE:** December 10, 2018

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | TOTAL WITNESS FEES/EXPENSES | | | $ 0.00 |

Case No. 16-cv-04256-EJD

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, CA 91203-1202.

On July 17, 2018, I served true copies of the following document(s) described as **BILL OF COSTS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2018, at Glendale, California.

/s/
Deborah Camara

# SERVICE LIST
## *Raad Z. Rabieh vs. Paragon Systems, Inc., et al*
### Case No. 16-cv-04256-EJD

Charles H. Jung, Esq.
Pia Kim, Esq.
Nassiri & Jung LLP
47 Kearny Street, Suite 700
San Francisco, CA 94108
Telephone:  (415) 762-3100
Facsimile:  (415) 534-3200
Email: charles@njfirm.com
         pia@njfirm.com
***Attorneys for Plaintiff Raad Zuhair Rabieh***

E-SERVE VIA PACER WHEN DOCUMENT E-FILED