# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAAD ZUHAIR RABIEH, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 5:19-cv-00944 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:16-cv-04256 EJD, Raad Zuhair Rabieh v. Paragon Systems, Inc., eat al.

IT IS SO ORDERED.

Date: February 21, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge